UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

THE CLEMENTINE COMPANY LLC, d/b/a THE THEATER CENTER, WEST END ARTISTS COMPANY d/b/a THE ACTORS TEMPLE THEATRE; SOHO PLAYHOUSE, INC., d/b/a SOHO PLAYHOUSE, and CARAL LTD. d/b/a BROADWAY COMEDY CLUB,

                               Plaintiffs,

-against-

BILL de BLASIO, in his official capacity as Mayor of the City of New York,

                              Defendants.
------------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

21-CV-7779 (CM)

       **PLEASE TAKE NOTICE** that **Aimee K. Lulich**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Georgia M. Pestana, appears herein as counsel of record for Defendant Mayor Bill de Blasio.

Dated:  New York, New York
         September 22, 2021

                                                  GEORGIA M. PESTANA
                                                  Corporation Counsel
                                                  of the City of New York
                                                  *Attorney for Defendant de Blasio*
                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 356-2369

                                                  By:     /S_____
                                                          Aimee K. Lulich
                                                         Senior Counsel