

Case 1:21-cv-07779-CM Document 21-3 Filed 10/08/21 Page 1 of 2

Explore

Settings

## Tweet

**Spin Cycle NYC** @spincyclenyc · Sep 18

Why @sohoplayhouse, @PlayersNYC and the rest? Why? WHY?

Theaters clap back at NYC audience-vax mandate in new lawsuit
A group of small-venue theater and comedy club operators in Manhattan have sued to block enforcement of Mayor Bill de Blasio's …
reuters.com

1

**melodie bryant** @bikeloveny · Sep 18

Well that's just great. I won't be going.

1

**SoHo Playhouse** @sohoplayhouse · Sep 18

Hi Melodie, We hear your concern and we do require proof of vaccination at least 14 days in advanced before the show you are attending at all our shows.

1 1

**melodie bryant** @bikeloveny · Sep 18

Excellent! Thanks for clearing that up. :-)

1 1

**The Players Theatre**
@PlayersNYC

Replying to @bikeloveny @sohoplayhouse and @spincyclenyc

this lawsuit was filed in our name without our permission. Players theatre continues to require and support proof of vaccination for live theater performances!

11:45 AM · Sep 19, 2021 · Twitter for iPhone

**1** Retweet **2** Likes

## More Tweets

**Tim to the muthaf** @LosFreaklander · Sep 18

Magic Johnson theater had me show vaccination proof. I opened the excelsior app and they double checked my ID to make sure it matched. Dude said they caught somebody showing a screenshot of a friends vaccination status. 1st time anybody double checked me.

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

**The Players Theatr**
@PlayersNYC
Built in 1907 and cc theatre in the late 1 New York performa rehearsals. Off-Bro running theatre.

**melodie bryant**
@bikeloveny
NYC bicyclist, poli

**SoHo Playhouse**
@sohoplayhouse
Preserving and proc Broadway's intimat Human Stories. Un Worldwide Art.

**What's happening**

NFL · Yesterday
**Falcons at Buccaneers**

NFL · Yesterday
**Texans at Browns**

Los Angeles Times · Last
**Billy Porter's wings and mo the best Emmys red carpet**

COVID-19 · 29 minutes ago
**Pfizer-BioNTech vaccine is for children ages five to 11, results show**
Trending with BioNTech, Chantix

Music · LIVE
**BTS addresses world leade the UN General Assembly**
Trending with #BTSatUNGA, #YouthToday

Don't miss what's happening
People on Twitter are the first to know.

Log in S

Case 1:21-cv-07779-CM   Document 21-3   Filed 10/08/21   Page 2 of 2

Explore

Settings

Search Twitter

See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

Don't miss what's happening                                                           Log in    S
People on Twitter are the first to know.