



*Actors' Temple High Holy Days*

*2021 ~ 5782*

July 22, 2021

Dear Members and Friends of the Actors' Temple:

Shalom! We are so happy and grateful to be re-opening our doors on Friday, September 3rd to have in-person, as well as Zoom, services each Shabbat evening and morning. We are truly blessed to be healthy and able to be together again soon!

In order to do this, we need your cooperation. Only those who are fully vaccinated may attend in-person services. All others may attend online. We will maintain a permanent list of those who are vaccinated. Please email us a photo or PDF of your proof of vaccination to: info@theactorstemple.org. Thank you so much for your understanding and help! Masks will also be required.

We are looking forward to being together again for Rosh Hashanah which begins on Monday evening, September 6th and also marks the beginning of our Membership Year. Our membership prices will remain the same: $180 per person and $360 for a family.

To celebrate our re-opening, Rabbi Jill Hausman, Assistant Cantor Aron Bederson and Pianist James Besser will be joined on Rosh Hashanah by a guest cantor and on Yom Kippur by a different guest cantor, each from the musical theater world, to enrich our worship and enliven our services. Violinist Marina Kifferstein will again play the soulful Kol Nidre on violin. On the second day of Rosh Hashanah we will have a collaborative Creative Service. Please let us know that you want to perform. There is a free Community Service on the second night of Rosh Hashanah, the link for which will be posted on our website.

We ask you to open your hands and hearts, joining us as members, and coming together to support us. If you are not yet a member of the Actors' Temple, but would like to become one, we welcome and thank you!

Because we keep our Membership dues so low, we ask you to purchase a Holy Days Season Pass, to receive a Holy Days Zoom link and a PDF prayerbook, for any services you choose to attend virtually. We have kept last year's low prices for the Holy Days too.  The Holy Days Season Pass for Members is $180/household and for Non-Members is $250/household. On our

Membership form we are offering the options of purchasing a chair plaque and of making a donation in honor of someone who has enriched your life or has passed away.

We are also creating a Yizkor Book in this year which you will receive as a paper copy for those who are physically with us in our sanctuary on Yom Kippur, and also electronically for everyone who purchases a membership or Holy Days Season Pass. The Yizkor books are used on Yom Kippur and for all Yizkor Services during the year.  You can now include photographs of your loved ones in addition to names. Your Yizkor Book donations help us to maintain our building and serve you. Please be as generous as you can be by continuing to make these much appreciated donations in loving memory of those you have lost.

In this mailing you will find a:

- Membership and Holy Days Season Pass Form
- Schedule of Holy Day Services
- Yizkor Book Order Form
- Fall Events and Programs Flyer
- SAVE THE DATE flyer for our 104th Anniversary Gala Benefit: ARRIVALS, A Love Story, written by Art Feinglass and produced by Carol Ostrow on Monday, October 25th: a wonderful show based on a true story of the Sephardim and Ashkenazim who settled in Seattle.

Please fax the Membership & Holy Days Season Pass and Yizkor Book forms to the temple or mail them, or scan them to us as a PDF, or call our office to order tickets, or pay online at [www.theactorstemple.org/online-store](www.theactorstemple.org/online-store). You may pay by check or credit card. Please don't forget to send us your proof of vaccination too. Also, Please contact us if you need special arrangements because of financial need.

This year we have a very special reason to celebrate being alive, beginning a New Year, and having the opportunity to experience renewal together during our holiest days. We appreciate and thank each of you for being part of our extended virtual family while we were totally virtual, and look forward to seeing all of you in our beautiful synagogue as we embark together on a new, and we hope and pray, better year. May it be a year of good health, greater prosperity, and meaningful spiritual growth for us all!

Sincerely,

Carol Ostrow, President                    Rabbi Jill Hausman

**The Actors' Temple, 339 West 47th Street, NY, NY  10036  •  Tel: 212-245-6975  •  [info@theactorstemple.org](info@theactorstemple.org)**
**[www.theactorstemple.org](www.theactorstemple.org)  •  Mailing Address: PO Box 2620, New York, NY  10108**