

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2021

GEORGIA M. PESTANA
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Aimee Lulich
Tel: (212) 356-2369
alulich@law.nyc.gov

MEMO ENDORSED

October 15, 2021

**VIA ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

*Extension granted.*
*/s/ Colleen McMahon*
*10/15/2021*

Re: The Clementine Company, et al. v. Bill de Blasio, et al.,
1:21-cv-7779 (CM)

Your Honor:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendant Mayor Bill de Blasio in the above-referenced action. Defendant's opposition to plaintiffs' motion for a preliminary injunction was filed, pursuant to the Court's briefing schedule, on October 8, 2021. Last night, plaintiffs' counsel made us aware that I inadvertently neglected to upload the supporting Affirmation from Dr. Jay Varma ("Varma Aff."), and accompanying exhibit, which were referenced in defendant's memorandum of law. I forwarded a copy of the Varma Aff. and Exhibit to plaintiffs' counsel today. I have conferred with plaintiffs' counsel and am informed that plaintiffs do not object to this request but require additional time to review the new document and reply. Accordingly, defendant respectfully requests (1) that this Court accept the late filed affirmation so as not to prejudice my client because of my oversight; and (2) grant plaintiffs an additional seven days, until October 27, 2021, to file their reply in further support of the motion for a preliminary injunction.

I apologize for the oversight and any inconvenience it has caused. Thank you for your consideration.

Respectfully submitted,

*s/*
Aimee Kara Lulich
Assistant Corporation Counsel

cc: Counsel of Record via ECF



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2021
```

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Aimee Lulich
Tel: (212) 356-2369
alulich@law.nyc.gov

MEMO ENDORSED

October 15, 2021

**VIA ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

*Extension granted.*
*[signature] Colleen M. McMahon*
*10/15/2021*

Re: The Clementine Company, et al. v. Bill de Blasio, et al.,
1:21-cv-7779 (CM)

Your Honor:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendant Mayor Bill de Blasio in the above-referenced action. Defendant's opposition to plaintiffs' motion for a preliminary injunction was filed, pursuant to the Court's briefing schedule, on October 8, 2021. Last night, plaintiffs' counsel made us aware that I inadvertently neglected to upload the supporting Affirmation from Dr. Jay Varma ("Varma Aff."), and accompanying exhibit, which were referenced in defendant's memorandum of law. I forwarded a copy of the Varma Aff. and Exhibit to plaintiffs' counsel today. I have conferred with plaintiffs' counsel and am informed that plaintiffs do not object to this request but require additional time to review the new document and reply. Accordingly, defendant respectfully requests (1) that this Court accept the late filed affirmation so as not to prejudice my client because of my oversight; and (2) grant plaintiffs an additional seven days, until October 27, 2021, to file their reply in further support of the motion for a preliminary injunction.

I apologize for the oversight and any inconvenience it has caused. Thank you for your consideration.

Respectfully submitted,

*s/*
Aimee Kara Lulich
Assistant Corporation Counsel

cc: Counsel of Record via ECF