UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE CLEMENTINE COMPANY LLC. d/b/a THE THEATER CENTER, WEST END ARTISTS COMPANY d/b/a THE ACTORS TEMPLE; SOHO PLAYHOUSE INC. d/b/a SOHO PLAYHOUSE; and CARAL LTD. d/b/a BROADWAY COMEDY CLUB,<br><br>                              Plaintiffs,<br><br>   -against-<br><br>BILL de BLASIO, in his Official Capacity as Mayor of the City of New York,<br><br>                              Defendant. | No. 21-cv-7779 |

**ORDER**

McMahon, J.:

The court will not be entertaining any motions to dismiss the complaint while the appeal is being decided.

Dated: January 3, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

1