UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLEMENTINE COMPANY, LLC, d/b/a/ THE THEATER CENTER; and WEST END ARTISTS COMPANY d/b/a THE ACTORS TEMPLE,<br><br>         Plaintiffs,<br><br> -against-<br><br>ERIC ADAMS, in his Official Capacity as Mayor of the City of New York,<br><br>         Defendant. | No. 1:21-cv-07779-CM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs The Clementine Company, LLC, and West End Artists Company in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order Dismissing Plaintiffs' Complaint filed September 7, 2022. ECF Doc. 54.

DATED: October 6, 2022.

                       Respectfully submitted,

                       s/ Glenn E. Roper

JAMES G. MERMIGIS, ESQ.       GLENN E. ROPER*
The Mermigis Law Group, P.C.      Pacific Legal Foundation
85 Cold Spring Road, Suite 200      1745 Shea Center Drive, Suite 400
Syosset, New York 11791        Highlands Ranch, Colorado 80129
Telephone: (516) 353-0075       Telephone: (916) 419-7111
Email: James@MermigisLaw.com    Facsimile: (916) 419-7747
                             Email: GERoper@pacificlegal.org

                         **Pro Hac Vice*

                 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

s/ Glenn E. Roper
GLENN E. ROPER*
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org
*Pro Hac Vice

*Counsel for Plaintiffs*
